**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AVI ALEXANDER RACHLIN,<br><br>Plaintiff,<br><br>-against-<br><br>GEORGE K. BAUMANN, Individually and as Chief of Police of the FREEHOLD TOWNSHIP POLICE DEPARTMENT and FREEHOLD TOWNSHIP,<br><br>Defendants. | Case No. 3:21-cv-15343-FLW-TJB<br><br>**NOTICE OF DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING PURSUANT TO Local Civ. RULE 7.1.1** |

Pursuant to RULE 7.1.1 of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey, Plaintiff, Avi Alexander Rachlin, by and through counsel, respectfully files this Notice of Disclosure of Third-Party Litigation Funding Pursuant to Local Civ. RULE 7.1.1, stating as follows:

1. All of Plaintiff's legal fees in connection with this action are being paid by the Firearms Policy Foundation, Inc. ("FPF"), with an address located at 5550 Painted Mirage Road, Suite 320, Las Vegas, NV 89149. FPF was formed in Delaware.

2. FPF's approval is necessary for litigation decisions in the action.

3. FPF's financial interest is as follows: in the event Plaintiff, through undersigned counsel, seeks and obtains an award of attorneys' fees, FPF will be entitled to reimbursement of its actual costs and fees expended on behalf of Plaintiff in connection with this action.

Respectfully submitted this 21st day of September, 2021.

By: s/ Edward A. Paltzik

Edward A. Paltzik, Esq.
Joshpe Mooney Paltzik LLP
1407 Broadway, Suite 4002
New York, NY 10018
Tel: (212) 344-8211
epaltzik@jmpllp.com

*Attorneys for Plaintiff*