# EXHIBIT 3

Case 1:21-cv-15343-FLW-TJB   Document 10   Filed 09/22/21   Page 2 of 2 PageID: 200



**JSF**
Professional Counseling Services

P: 609-474-0848
F: 609-895-0153
E: jsfcounseling367@gmail.com
W: www.jsfcounselingservices.com

03/19/2021

Re: Avi Rachlin, DOB - ███

To Whom This May Concern,

My name is Jordan Faiman and I am a Licensed Professional Counselor (37PC00431200) and Approved Clinical Supervisor in New Jersey, currently providing outpatient, mental health tele-counseling services due to the COVID-19 pandemic situation. Prior to the recent tele-counseling session I provided for Mr. Rachlin (tele-session conducted on 03/12/2021), my last contact and service provision for Mr. Rachlin was in July 2017. At that time, Mr. Rachlin had made significant progress through outpatient on-site counseling treatment over the course of more than three years. Improvement was evident in the areas of anger management and impulsivity control, resulting in a transition from weekly on-site counseling sessions to a decrease in session frequency (once every/other week to once monthly to an ultimate discharge of services).

I was originally contacted in 2013 by Mr. Rachlin's mother, Julia Rachlin, to provide on-site weekly mental health counseling for Mr. Rachlin (referred for the reasons stated above; safety concerns weren't indicated in the original referral). Although Mr. Rachlin's safety came into question on several occasions, early in his treatment, any possible safety concerns had been remedied without any harm to himself and/or others throughout my counseling experience with him (not to mention, further intensive mental health services weren't required beyond outpatient services at any time during treatment with writer).

Lastly, I was contacted again by Mr. Rachlin himself, in early March 2021 to discuss and process the matter at hand, including an exploration of the past 4 years since his final therapy session. I am unable to comment on safety concerns over the course of 4 years since this last session, however, based on Mr. Rachlin's description of his success in the later years of high school and ultimate acceptance into secondary schooling, I am able to surmise he has left any prior mental health and/or safety issues in his adolescent/early teenage years. Further, during the 03/12/2021 tele-counseling session, I was able to conduct a formal safety assessment with Mr. Rachlin, to which I was able to determine he is not currently a danger to himself and/or others. In fact, given his current achievements at his secondary school, it seems likely his future is bright.

Thank you for your time and attention to this matter. Please don't hesitate to reach me directly via any of the below contact methods for further discussion and/or clarification.

Sincerely,

*Jordan Faiman, LPC/ACS*

Jordan Faiman
Outpatient Private Practitioner/Owner- JSF Counseling Services
Email: jordan.faiman@jsfcounselingservices.com
Office Line: (609) 474-0848