# EXHIBIT 11

# CONSENT FOR MENTAL HEALTH RECORDS SEARCH

This consent MUST be completed by the firearm applicant.
Failure to consent requires denial or disapproval of the application.

N.J.S.A. 30:4-24.3 provides that all records of any individual's commitment to a non-correctional institution for mental health reasons shall be confidential and shall not be disclosed except in limited circumstances or with the consent of the individual.

**PART ONE** (To be completed by the applicant)

| Name: (Last, Maiden, First, MI) | Date of Birth: (Month, Day, Year) | Social Security #: *See Privacy Act Notice Below. |
|---|---|---|
| RACHLIN, AVI A | [redacted] | [redacted] |

| Address: (Number & Street) | (Municipality) | (County) | (State) |
|---|---|---|---|
| 32 ADAMS PLACE | FREEHOLD TWP | Monmouth | NJ |

List Prior Addresses for past 10 years: ☐ NOT APPLICABLE

**ADDRESS 1:** Dates Resided  From: 02/24-2001  To: 2/8-2021

| (Number & Street) | (Municipality) | (County) | (State) |
|---|---|---|---|
| 32 adams place | Freehold | Monmouth | NJ |

**ADDRESS 2:** Dates Resided  From: -  To: -

| (Number & Street) | (Municipality) | (County) | (State) |
|---|---|---|---|
| - | - | - | - |

I, **AVI A RACHLIN** am aware of my rights under N.J.S.A. 30:4-24.3, and the Health Insurance Portability and Insurance Accountability Act (HIPAA), 45 C.F.R. 164-50, and consent to the disclosure of my mental health records, including disclosure of the fact that said records may have been expunged, to the Chief of Police and the Superintendent of State Police, or their designees, for the purpose of verifying my firearms permit application and my fitness to own a firearm under N.J.S.A. 2C:58-3. **I understand that copies of this authorization shall be considered sufficient authorization for the release of records or for the disclosure of the fact of expungement.**

**FREEHOLD TOWNSHIP POLICE DEPARTMENT**
Investigating Police Department

**POLICE OFFICER S. FOLEY #262**
Witness (Print Name)

X P.O. [signature] #262
Signature of Witness

X avi a rachlin
Signature of Applicant

02/08/2021
Date

* Applicant's Social Security Number is requested pursuant to N.J.S.A. 2C:58-3(e) and disclosure is voluntary. The number will be used to expedite the application. Without this number, the processing of the application may be delayed. This number is considered confidential.

**PART TWO** (To be completed by County Adjuster's Office, Mental Health Institution and/or Doctor)

| | Record of Admission Commitment or Treatment | Date of Check | Signature of Authorized Official or Doctor (Dr.: Provide Medical License #) |
|---|---|---|---|
| County Adjuster's Office | ☐ Yes ☐ No ☐ Expunged | | |
| Institution or Doctor | ☐ Yes ☐ No ☐ Expunged | | |

**PART THREE** (To be completed by authorized official or doctor only if applicant has record of admission, commitment, or treatment at a hospital, mental institution or sanitarium for a mental disorder)

| NAME OF HOSPITAL, MENTAL INSTITUTION OR SANITARIUM | ADMISSION (mo/day/yr) | DISCHARGE (mo/day/yr) | SIGNATURE OF AUTHORIZED OFFICIAL OR DOCTOR |
|---|---|---|---|
| _____ | _____ to _____ | | _____ |
| _____ | _____ to _____ | | _____ |

Additional forms may be obtained through the New Jersey State Police, Firearms Investigation Unit, P.O. Box 7068, West Trenton, NJ 08628-0068, or via the internet at www.njsp.org/info/forms.html.

S.P. 66 (Rev. 01/15)