# EXHIBIT 12

# COUNTY OF MONMOUTH
# DEPARTMENT OF HUMAN SERVICES
# DIVISION OF COUNTY ADJUSTER

**Thomas A. Arnone,** Director

**Susan M. Kiley,** Deputy Director

**Lillian G. Burry**

**Nick DiRocco**

**Ross F. Licitra**



3000 Kozloski Road, Room 235
Freehold, NJ 07728
Tel: 732-431-6302
Fax: 732-863-9154

**Teri O'Connor**
*County Administrator*

**William R. Bucco, CPM**
*County Adjuster*

I HEREBY CERTIFY THAT THE THERE IS **NO** RECORD IN THE MONMOUTH COUNTY ADJUSTERS OFFICE, BASED ON THE INFORMATION PROVIDED TO MY OFFICE FOR:

AVI RACHLIN
DOB:
SSN:

DATE: MARCH 16, 2021

_____
NOTARY PUBLIC

WILLIAM R. BUCCO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/27/2022