Edward A. Paltzik
JOSHPE MOONEY PALTZIK LLP
1407 Broadway, Suite 4002
New York, NY 10018
Tel: (212) 344-8211
Fax: (212) 313-9478
epaltzik@jmpllp.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI ALEXANDER RACHLIN,<br><br>Plaintiff,<br><br>-against-<br><br><br>GEORGE K. BAUMANN, in his official capacity as Chief of Police of the FREEHOLD TOWNSHIP POLICE DEPARTMENT and FREEHOLD TOWNSHIP,<br><br>Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>CIVIL ACTION No. 3:21-cv-15343<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

## CERTIFICATION OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the

following documents with the Clerk of the Court using the CM/ECF system:

1) Notice pursuant to Local Civil Rule 7.1.1.

I further certify that one copy of the foregoing document is being served as

1

follows on the 22nd day of September, 2021 on the following persons:

> Eric L. Harrison
> Methfessel & Werbel
> harrsion@methwerb.com
>
> Brian J. Chabarek
> Davison Eastman Muñoz Paone, P.A.
> bchabarek@respondlaw.com
>
> *Attorneys for Defendants*

**All by email with consent in lieu of paper copies.**

I hereby certify that the foregoing statements are true.  I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

Dated:  September 22, 2021

s/Edward A. Paltzik