Edward A. Paltzik
JOSHPE MOONEY PALTZIK LLP
1407 Broadway, Suite 4002
New York, NY 10018
Tel: (212) 344-8211
Fax: (212) 313-9478
epaltzik@jmpllp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI ALEXANDER RACHLIN,<br><br>Plaintiff,<br><br>-against-<br><br>GEORGE K. BAUMANN, in his official capacity as Chief of Police of the FREEHOLD TOWNSHIP POLICE DEPARTMENT and FREEHOLD TOWNSHIP,<br><br>Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>CIVIL ACTION No. 3:21-cv-15343<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

## CERTIFICATION OF SERVICE

I hereby certify that on September 21, 2021, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1) Notice of Motion for a Preliminary and Permanent Injunction;

2) Brief in Support of Motion for a Preliminary and Permanent Injunction;

1

3) Declaration of Avi Alexander Rachlin in Support of Motion for a Preliminary and Permanent Injunction;

4) Declaration of Edward A. Paltzik in Support of Motion for a Preliminary and Permanent Injunction, with attached Exhibits 1-12;

5) Proposed form of Order; and

6) Within Certificate of Service.

I further certify that on September 22, 2021, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

7) Redacted Exhibits 3, 11, and 12 attached to Declaration of Edward A. Paltzik in Support of Motion for a Preliminary and Permanent Injunction.

I further certify that one copy of the foregoing documents 1) through 6) were served on the 21st day of September, 2021, and one copy of the foregoing documents were served on the 22nd day of September, 2021, as follows on the following persons:

Eric L. Harrison
Methfessel & Werbel
harrsion@methwerb.com

Brian J. Chabarek
Davison Eastman Muñoz Paone, P.A.
bchabarek@respondlaw.com

*Attorneys for Defendants*

**All by email with consent in lieu of paper copies.**

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

Dated: September 22, 2021

s/Edward A. Paltzik