# DAVISON • EASTMAN • MUÑOZ • PAONE, P.A.

DUANE O. DAVISON
EDWARD C. EASTMAN, JR.
ROBERT F. MUÑOZ (1988-2021)
JAMES A. PAONE, II [
JAMES M. McGOVERN, JR. ▼▲
ROBERT S. BONNEY, JR. □ ▼
ANNE MARIE MAZZU •
CHRISTINA D. HARDMAN O'NEAL ▼
BLAKE R. LAURENCE • ◊
MATTHEW K. BLAINE ◊
CHRISTOPHER D. OLSZAK ►
BRIAN J. CHABAREK ▼
DOUGLAS J. WIDMAN □ ▼
DENNIS M. GALVIN

COUNSEL
NICOLE SOROKOLIT CRODDICK ▼
KATHERINE B. GALDIERI

OF COUNSEL
DANIEL D. OLSZAK ►
TRACEE A. DANNER
HON. JAMIE S. PERRI, J.S.C. (Ret.)

**BRIAN J. CHABAREK**
Attorney At Law

bchabarek@respondlaw.com

100 Willow Brook Road, Suite 100
Freehold, NJ 07728

DIRECT DIAL NUMBER
732-410-2330
DEPARTMENT FAX NUMBER
732-810-1522
NJ ATTORNEY ID NUMBER
020591995

ANDREW J. BALL ◊
ALAN L. POLINER ▼◊
TIMOTHY C. MORIARTY ▼

CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A:
[ CIVIL TRIAL ATTORNEY
□ CRIMINAL TRIAL ATTORNEY

• LL.M. IN TAXATION
□ R. 1:40 QUALIFIED MEDIATOR

OTHER STATE ADMISSIONS:
▼ NEW YORK
◊ PENNSYLVANIA
▲ ILLINOIS

► CERTIFIED AS AN ELDER LAW ATTORNEY
BY THE ABA APPROVED NATIONAL ELDER
LAW FOUNDATION

WWW.RESPONDLAW.COM

October 19, 2021

**VIA ECF**
Hon. Freda L. Wolfson, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

    RE:    Rachlin, Avi Alexander v. George Baumann, et al.
             Docket No.: 3:21-cv-15343
             Motion Return Date: November 1, 2021

Dear Judge Wolfson:

       Please be advised that this office represents the Defendants, George K. Baumann and Freehold Township as to claims for injunctive relief and punitive damages, in connection with the above-captioned matter. Currently pending before Your Honor is Plaintiff's Motion for a Preliminary and Permanent Injunction, which is returnable on November 1, 2021. Please note that the Defendants filed opposition to the within Motion. In accordance with L.Civ.R. 78.1(b), the Defendants respectfully request oral argument of the aforementioned Motion.

       Thank you for Your Honor's consideration of this request.

                                                     Respectfully submitted,

                                                     BRIAN J. CHABAREK

BJC/lnd
Cc:    Eric L. Harrison, Esq. (via ECF)
         Adam M. Carman, Esq. (via ECF)
         Edward A. Paltzik, Esq. (via ECF)