**JOSHPE MOONEY PALTZIK LLP**
1407 Broadway, Suite 4002
New York, NY 10018

EDWARD PALTZIK
T: (212) 344-8211
C: (516) 526-0341
F: (212) 313-9478
epaltzik@jmpllp.com

March 8, 2022

<u>*Via ECF*</u>

Honorable Freda L. Wolfson, Chief Judge (Chambers)
United States District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

   Re: *Rachlin v. Baumann et al.*, Case 3:21-cv-15343-FLW-TJB

Your Honor:

As you know, I represent Avi Alexander Rachlin, Plaintiff in the above-referenced action. In accordance with Your Honor's "Temporary Order to Seal" (ECF #32) dated February 22, 2022, I have conferred with counsel for Defendants regarding whether any information or documents ought to be redacted or remain under seal. With the consent of Defendants' counsel, I respectfully request that Your Honor grant a seven-day extension of the Temporary Order to Seal, up to and including Tuesday, March 15, 2022; and that no later than March 15, the parties be required to propose to the Court the information or documents, if any, that ought to be redacted or remain under seal.

Respectfully submitted,

*[signature]*

Edward A. Paltzik

Enc.

**SO ORDERED.**

**Dated: March 9, 2022**

<u>**/s/ Freda L. Wolfson**</u>
**Hon. Freda L. Wolfson**
**Chief Judge**

cc: Eric L. Harrison, Esq., Methfessel & Werbel (via email)
   Brian J. Chabarek, Esq., Davison Eastman Muñoz Paone, P.A. (via email)

   *Counsel for Defendants*