**JOSHPE MOONEY PALTZIK LLP**
1407 Broadway, Suite 4002
New York, NY 10018

EDWARD PALTZIK
T: (212) 344-8211
C: (516) 526-0341
F: (212) 313-9478
epaltzik@jmpllp.com

March 31, 2022

<u>Via ECF</u>

Honorable Freda L. Wolfson, Chief Judge (Chambers)
United States District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**SO ORDERED.**

**Dated: 4/1/2022**

**/s/ Freda L. Wolfson**
**Hon. Freda L. Wolfson**
**Chief Judge**

   Re: *Rachlin v. Baumann et al.*, Case 3:21-cv-15343-FLW-TJB

Your Honor:

As you know, I represent Avi Alexander Rachlin, Plaintiff in the above-referenced action. In accordance with Your Honor's Text Order dated March 18, 2022 (ECF #37), Plaintiff has until on or before tomorrow, April 1, to file a formal motion to seal, to be referred to a Magistrate Judge. With the consent of Defendants' counsel, I respectfully request that Your Honor grant a seven-day extension of this deadline up to and including Friday, April 8, 2022. The reason for this request is that my current workload is substantial, and accordingly I have been unable to attend to drafting the motion to seal this week.

Respectfully submitted,

Edward A. Paltzik

Enc.

cc: Eric L. Harrison, Esq., Methfessel & Werbel (via email)
   Brian J. Chabarek, Esq., Davison Eastman Muñoz Paone, P.A. (via email)

   *Counsel for Defendants*