UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI ALEXANDER RACHLIN,<br><br>Plaintiff,<br><br>-against-<br><br>GEORGE K. BAUMANN, in his official capacity as Chief of Police of the FREEHOLD TOWNSHIP POLICE DEPARTMENT and FREEHOLD TOWNSHIP,<br><br>Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>CIVIL ACTION No. 3:21-cv-15343<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br>Motion Date: May 2, 2022 |

**NOTICE OF MOTION TO SEAL DOCUMENTS**

PLEASE TAKE NOTICE that on May 2, 2022, Plaintiff, Avi Alexander Rachlin, will move the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order, pursuant to L. Civ. R. 5.3, sealing the following documents on the case docket: ECF Nos. 9-3, 19-3, 19-6, 21, 21-2, 23, 24, 27, 27-1, 27-3, 29, and 30.

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiff relies upon the accompanying documents:

1) Declaration of Plaintiff dated April 3, 2022,

2) Declaration of Edward A. Paltzik dated April 3, 2022, and accompanying Exhibit 1 (ECF No. 32 – Temporary Order to Seal) and Exhibit 2 (Index in Support of Motion to Seal).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:  April 3, 2022

                  Respectfully submitted,

              By: s/Edward A. Paltzik
                  Edward A. Paltzik
                  Joshpe Mooney Paltzik LLP
                  1407 Broadway, Suite 4002
                  New York, NY 10018
                  Tel: (212) 344-8211
                  Fax: (212) 313-9478
                  epaltzik@jmpllp.com

                  *Attorneys for Plaintiff*