# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVI ALEXANDER RACHLIN,<br><br>                Plaintiff,<br><br>v.<br><br>GEORGE K. BAUMANN,<br>Individually and as Chief of Police of<br>the FREEHOLD TOWNSHIP POLICE<br>DEPARTMENT and FREEHOLD<br>TOWNSHIP,<br><br>                Defendants. | Civ. Action No. 21-15343 (FLW)<br><br>**TEMPORARY ORDER TO SEAL** |

**THIS MATTER** having been opened to the Court *sua sponte* upon the Court's authority pursuant to Local Civil Rule 5.3(c)(9); it appearing that defendants George K. Baumann and Freehold Township ("Defendants"), by and through their counsel Eric L. Harrison, Esq., as well as plaintiff Avi Alexander Rachlin, by and through his counsel Edward A. Paltzik, Esq., have filed documents in this proceeding that contain potentially sensitive information pertaining to Plaintiff's medical history; it further appearing that these documents contain certain redactions but do not redact all information that is potentially sensitive; it further appearing that neither party has moved to seal or redact any portions of these documents; it further appearing that the Court's Opinion dated February 22, 2022, in which the Court granted Defendants' Motion to Dismiss [ECF No. 19] and denied Plaintiff's Motion for a Preliminary and Permanent Injunction [ECF No. 7], refers to portions of the potentially sensitive information contained in these documents; it further appearing that, in the interests of protecting Plaintiff's privacy, it is appropriate to temporarily seal the potentially sensitive documents until a determination can be made as to whether those documents ought to be redacted or remain under seal; accordingly, and for good cause shown,

1

**IT IS** on this 22nd day of February, 2022:

**ORDERED** that ECF Nos. 19, 21, 23, 27, 29, and 30 in the above-captioned proceedings are hereby placed under seal until such time as the Court lifts the seal; and it is further

**ORDERED** that Plaintiff and Defendants shall confer and propose to the Court, within fourteen (14) days of the date of this Order, the information or documents, if any, that ought to be redacted or remain under seal.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge

Case 3:21-cv-15343-FLW-TJB Document 31 Filed 02/22/22 Page 2 of 2 PageID: 649