# Exhibit 2

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Material | Legitimate Public or Private Interest Warranting Relief | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Dkt. No. 9-3 – Plaintiff's Exhibit 3 in Support of Motion for Preliminary & Permanent Injunction – Letter from Licensed Professional Counselor who evaluated Plaintiff | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff, including the Counselor's mental health assessment of Plaintiff. This document is not publicly available other than on the docket in this action. | If this document is allowed to remain unsealed, it will reveal highly confidential medical information about Plaintiff and undermine his rights and interests in keeping such information private. Further, such permanent publication would jeopardize Plaintiff's trust and confidential relationships with his medical providers for fear that information in his medical records could become and remain public knowledge. | There is no alternative that would provide the protections required for such sensitive and/or confidential information. | None. | Defendants, on the basis that the scope of Plaintiff's overall sealing request is overbroad. |
| Dkt. No. 19-3 – Defendants' Brief in Support of Motion to Dismiss the Complaint | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |

1

**INDEX IN SUPPORT OF MOTION TO SEAL**

| | | | | | |
|---|---|---|---|---|---|
| | assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | | | | |
| Dkt. No. 19-6 - Defendants' Exhibits in Support of Motion to Dismiss the Complaint, Including Plaintiff's Medical Records (Exhibit D) | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff insofar as Exhibit D consists of Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |
| Dkt. No. 21 – Defendants' Brief in Opposition to Plaintiff's Motion for Preliminary & Permanent Injunction | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's | Same | Same | Dkt. No. 32 – Temporary Sealing Order | Same |

**INDEX IN SUPPORT OF MOTION TO SEAL**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. |  |  |  |  |
| Dkt. No. 21-2 – Defendants' Exhibit A in Opposition to Plaintiff's Motion for Preliminary & Permanent Injunction | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff insofar as Exhibit A consists of Plaintiff's actual medical records and the aforementioned evaluation of his Counselor, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |
| Dkt. No. 23 – Plaintiff's Reply Brief in Further | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |

3

**INDEX IN SUPPORT OF MOTION TO SEAL**

| | | | | | |
|---|---|---|---|---|---|
| Support of Motion for Preliminary & Permanent Injunction | medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | | | | |
| Dkt. No. 24 – Plaintiff's Reply Declaration in Further Support of Motion for Preliminary & Permanent Injunction | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | Same. | Same. | None. | Same. |

**INDEX IN SUPPORT OF MOTION TO SEAL**

| | | | | | |
|---|---|---|---|---|---|
| Dkt. No. 27 – Plaintiff's Brief in Opposition to Motion to Dismiss | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |
| Dkt. No. 27-1 – Plaintiff's Declaration in Opposition to Motion to Dismiss | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |

**INDEX IN SUPPORT OF MOTION TO SEAL**

| | | | | | |
|---|---|---|---|---|---|
| | other than on the docket in this action. | | | | |
| Dkt. No. 27-3 – Plaintiff's Exhibit 1 in Opposition to Motion to Dismiss | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff insofar as Exhibit A consists of Plaintiff's actual medical records and the aforementioned evaluation of his Counselor, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |
| Dkt. No. 29 – Defendants' Reply Brief in Further Support of Motion to Dismiss | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |

6

**INDEX IN SUPPORT OF MOTION TO SEAL**

| | | | | | |
|---|---|---|---|---|---|
| | the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | | | | |
| Dkt. No. 30 – Opinion | Plaintiff requests sealing of this document because it reveals, contains, and/or reflects highly sensitive medical information regarding Plaintiff by directly quoting and/or referencing Plaintiff's actual medical records, including mental health assessments and diagnoses of Plaintiff, and specific information regarding his medical care, including the identities of the treating clinicians, their findings, and the dates of treatment. This document is not publicly available other than on the docket in this action. | Same. | Same. | Dkt. No. 32 – Temporary Sealing Order. | Same. |
| | | | | | |

7