# DAVISON • EASTMAN • MUÑOZ • PAONE, P.A.

DUANE O. DAVISON
EDWARD C. EASTMAN, JR.
ROBERT F. MUÑOZ (1988-2021)
JAMES A. PAONE, II [
JAMES M. McGOVERN, JR. ▼▲
ROBERT S. BONNEY, JR. □ ▼
ANNE MARIE MAZZU •
CHRISTINA D. HARDMAN O'NEAL ▼
BLAKE R. LAURENCE • ◊
MATTHEW K. BLAINE ◊
CHRISTOPHER D. OLSZAK ►
BRIAN J. CHABAREK ▼
DOUGLAS J. WIDMAN □ ▼
DENNIS M. GALVIN

COUNSEL
NICOLE SOROKOLIT CRODDICK ▼
MICHAEL J. CONNOLLY

OF COUNSEL
DANIEL D. OLSZAK ►
TRACEE A. DANNER
HON. JAMIE S. PERRI, J.S.C. (Ret.)

**TIMOTHY C. MORIARTY**
Attorney At Law

tmoriarty@respondlaw.com

100 Willow Brook Road, Suite 100
Freehold, NJ 07728

DIRECT DIAL NUMBER
732-410-2330
DEPARTMENT FAX NUMBER
732-810-1522
NJ ATTORNEY ID NUMBER
027822004

ANDREW J. BALL ◊
ALAN L. POLINER ▼◊
TIMOTHY C. MORIARTY ▼
ZACHARY J. STYCZYNSKI

CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A:
[ CIVIL TRIAL ATTORNEY
□ CRIMINAL TRIAL ATTORNEY

• LL.M. IN TAXATION
□ R. 1:40 QUALIFIED MEDIATOR

OTHER STATE ADMISSIONS:
▼ NEW YORK
◊ PENNSYLVANIA
▲ ILLINOIS

► CERTIFIED AS AN ELDER LAW ATTORNEY
BY THE ABA APPROVED NATIONAL ELDER
LAW FOUNDATION

WWW.RESPONDLAW.COM

April 4, 2022

**VIA ECF**
Hon. Freda L. Wolfson, Chief Judge
United States District Court- District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

> RE:  Avi Alexander Rachlin v. George Baumann, et al.
>      Civil Action No.: 21-cv-15343
>      **Request to Adjourn Motion Return Date**
>      **With Consent of Counsel from May 2, 2022 to May 16, 2022**.

Dear Chief Judge Wolfson:

As you know, this office represents the Defendants, George K. Baumann and Freehold Township in connection with the above captioned matter. Currently pending before Your Honor is the Plaintiff's Motion to Seal Documents, wherein the said Motion is currently returnable on May 2, 2022.

Please note that I will be out of state from April 12, 2022 through April 20, 2022 on a pre-planned vacation with my family. As such and in accordance with Local Civil Rule 7.1(d)(5), the Defendants respectfully request that the pending Motion to Seal be adjourned one motion cycle, from **May 2, 2022** until **May 16, 2022**, which is the next motion return date. *See* L.Civ.R. 78.1.

Plaintiff's counsel has consented to this request. *See* L.Civ.R. 7.1(d)(5).

Respectfully submitted,

TIMOTHY C. MORIARTY

TCM:kld
cc:  Eric L. Harrison, Esq. (via ECF)
     Edward A. Paltzik, Esq. (via ECF)