# Davison • Eastman • Muñoz • Paone, P.A.

DUANE O. DAVISON
EDWARD C. EASTMAN, JR.
ROBERT F. MUÑOZ (1988-2021)
JAMES A. PAONE, II [
JAMES M. McGOVERN, JR. ▼▲
ROBERT S. BONNEY, JR.▼
ANNE MARIE MAZZU •
CHRISTINA D. HARDMAN O'NEAL ▼
BLAKE R. LAURENCE • ◊
MATTHEW K. BLAINE ◊
CHRISTOPHER D. OLSZAK ►
BRIAN J. CHABAREK ▼
DOUGLAS J. WIDMAN □ ◊
DENNIS M. GALVIN

COUNSEL
NICOLE SOROKOLIT CRODDICK ▼
MICHAEL J. CONNOLLY

OF COUNSEL
DANIEL D. OLSZAK ►
TRACEE A. DANNER
HON. JAMIE S. PERRI, J.S.C. (Ret.)

**BRIAN J. CHABAREK**
Attorney at Law

bchabarek@respondlaw.com

100 Willow Brook Road, Suite 100
Freehold, NJ 07728

DIRECT DIAL NUMBER
732-462-7170
DEPARTMENT FAX NUMBER
732-810-1540
NJ ATTORNEY ID NUMBER
020591995

ANDREW J. BALL ◊
ALAN L. POLINER ▼◊
TIMOTHY C. MORIARTY ▼
ZACHARY J. STYCZYNSKI

CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A:
[ CIVIL TRIAL ATTORNEY
□ CRIMINAL TRIAL ATTORNEY

• LL.M. IN TAXATION
□ R. 1:40 QUALIFIED MEDIATOR

OTHER STATE ADMISSIONS:
▼ NEW YORK
◊ PENNSYLVANIA
▲ ILLINOIS

► CERTIFIED AS AN ELDER LAW ATTORNEY
BY THE ABA APPROVED NATIONAL ELDER
LAW FOUNDATION

WWW.RESPONDLAW.COM

June 29, 2022

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building &
U.S. Courthouse
402 E. State Street, Rm 6052
Trenton, NJ 08608

    RE:   **Rachlin v. Baumann et. al.**
              **Civil Action No: 3:21-cv-15343-FLW-TJB**

Dear Judge Bongiovanni:

     As Your Honor is aware, this office represents the Defendants, George K. Baumann and Freehold Township as to claims for injunctive relief and punitive damages. As Your Honor is also aware, by way of correspondence dated June 24, 2022, and pursuant to Your Honor's Letter Order dated May 26, 2022, Plaintiff advised the Court that the proposed redactions that were contained in Defendants' Exhibit A which was previously submitted, were proper and represented the least restrictive alternative to sealing the documents in their entirety. In the aforesaid correspondence dated June 24, 2022, Plaintiff also requested additional redactions by way of and through the submission of Appendix A, entitled "Further Proposed Redactions in Support of Motion to Seal." Pursuant to Your Honor's directive, the Defendants have reviewed the proposed additional redactions which are contained in Plaintiff's Appendix A and have no objection to the same.

     Thank You for Your Honor's consideration of this matter.

June 29, 2022
Page 2

                                                                                  Respectfully Submitted,

                                                                                  BRIAN J. CHABAREK

BJC:eq
Cc: All Counsel of record (via ECF)

**SO ORDERED**

**IT IS FURTHER ORDERED THAT** the Clerk of the Court is directed to unseal Docket Entry Nos. 19, 19-1, 19-2, 19-4, 19-5, 21-1, 21-3, 27-2, 27-4, 27-5, 27-6, 27-7, 27-8, 29-1.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court is directed to maintain under seal Docket Entry Nos. 19-3, 19 -6, 21 , 21-2, 23, 24 , 27, 27-1, 27-3, 29, and 30.

**IT IS FURTHER ORDERED THAT** Plaintiff refile the appropriately redacted documents under Docket Entry Nos. 19-3, 19 -6, 21 , 21-2, 23, 24 , 27, 27-1, 27-3, 29, and 30.

s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**
Dated: June 30, 2022